UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 21-3572-CBM-(Ex) | Date | May 3, 2021 |
| Title | *Tee Turtle, LLC. v. ABmask et al.* | | |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**    **IN CHAMBERS- ORDER RE: ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

On April 29, 2021, the Court issued a Temporary Restraining Order ("TRO") and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("OSC"). (Dkt. No. 16.) The Court ordered Defendants to file an opposition re the OSC no later than May 3, 2021 at 12:00 p.m., and Plaintiff to file reply papers no later than 12:00 p.m. on May 5, 2021. Plaintiff filed a proof of service of the TRO and OSC on Defendants on April 29 and April 30, 2021. (Dkt. No. 18.)

No opposition has been filed by Defendants. Accordingly, no reply papers from Plaintiff are necessary.

**IT IS SO ORDERED.**