# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEE TURTLE, LLC<br><br>　　　　Plaintiff,<br>v.<br>ABMASK, *et al.*,<br>　　　　Defendants. | Case No.:  2:21-CV-03572-CBM-(Ex)<br><br>**JUDGMENT  [JS-6]** |

　　　Consistent with the Court's Order re: Plaintiff's Motion for Default Judgment and Permanent Injunction, judgment is entered pursuant to Federal Rule of Civil Procedure 58 in favor of Plaintiff and against Defendants in the amount of 1) $40,000.00 against each of the following defendants:  Allanhu, Bestdeals, Besthot2020, Earlybirdno1 Co. Ltd., Hot Wind, and Promotionspace; and 2) $25,000.00 against each of the following defendants:  Abmask, Ast523, Babyeveryday, Babyfashionwedding, Beautydesign, Besthair2021, Bestoffers, Beststore2021, Cheapgoodfuns Co., Ltd., Chicmissday, Cinderelladress, Creative 2, Cwmsports, DHGate Boutiques Store, Dresssave, Fidget Toys, Googsports, Hangzhou Boyuan Enterprise Management Co., Ltd., Happylifes, Homehome9, Jack6666, Jspet, Kidswonder, Kn95 Facemask, Letsports, Misshowdress, Ningbo Jeeweex Enterprise, One-stopos, Shanghai2008 (HK) International Trading

Limited, Shantou Hoya Network Technology Co., Ltd., Shenzhen Dream Co., Ltd., Springwedding Factory, Triple_s_sneakers, Tongxiang Indus Hin Yue Zhendong Sweater Factory, Wholesalefactory, Wristwatches(HK) International Trading Co., Ltd., Wusy_store, and Zi527.

Dated: November 17, 2021

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

CC: FISCAL