UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 21-3572-CBM(Ex)** | Date | NOVMBER 9, 2021 |
|---|---|---|---|
| Title | TEE TURTLE, LLC., V. ABMASK, ET AL., | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Terri Hourigan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| J. Michael Keyes, via telephone | No Appearance made |

**Proceedings:**    TELEPHONIC HEARING RE PLAINTIFFS MOTION FOR DEFAULT JUDGMENT
AND PERMANENT INJUNCITON [51]

The case is called and counsel state their appearance.  The Court and Plaintiffs counsel confer regarding the status of the case.


Following discussions with the parties, the Court hereby grants the motion in part and denies the motion in part. A written order will issue.

IT IS SO ORDERED.

cc: all parties                                                                                      **: 03**